NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. CASTILE,**

*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2014-7051

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2145, Judge William A. Moorman.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, for claimant-appellant.

STEVEN MICHAEL MAGER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent-appellee. Also represented by PHYLLIS JO BAUNACH, STUART F. DELERY, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; DAVID J.

BARRANS, RACHAEL BRANT, Office of General Counsel, Department of Veterans Affairs, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 18, 2015                    /s/ Daniel E. O'Toole
          Date                          Daniel E. O'Toole
                                        Clerk of Court